| | | | |
|---|---|---|---|
| | AUSA: Abraham | Telephone: | (810) 766-5177 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Zylik, ATF | Telephone: | (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Dominque Aaron Dendy

Case No. 4:24-mj-30374
Magistrate Judge: Curtis Ivy, Jr.
Filed: 8/29/2024

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 9, 2024__ in the county of __Genesse__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of unregistered machine gun |

This criminal complaint is based on these facts:

There is probable cause to believe that on January 9, 2024, in the Eastern District of Michigan, Dominque Aaron Dendy, knowingly possessed an unregistered machinegun, in violation of 18 U.S.C. § 922(o).

☑ Continued on the attached sheet.

_Complainant's signature_

Christopher Zylik, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: 8/29/2024

_Judge's signature_

City and state: Flint, Michigan

Honorable Curtis Ivy Jr., U.S Magistrate Judge
_Printed name and title_

Affidavit in Support of Criminal Complaint
*United States v. Dominque Aaron Dendy*

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since January 2022. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for eight years. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2. I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. I am currently investigating Dominque Aaron Dendy, for violations of 18 U.S.C. § 922(o)(1) - Possession of an unregistered machinegun.

4. On January 9, 2024, Davison Township Police (DTPD) were dispatched to 8074 Kensington Blvd, Apt. 231, Davison Township, Michigan, in the Eastern District of Michigan, for a domestic disturbance between involving K.W. and Dominque Dendy. Dominque Dendy had left the scene prior to police arrival.

5. K.W. told officers that Dendy had placed a firearm in a pile of bedding in the apartment. K.W. had witnessed Dendy grab the firearm and hide it in a gray pillowcase in the living room. K.W. advised that they continued to argue, she called 911, Dendy pushed her, and then Dendy quickly left the apartment.

6. K.W. requested that police take possession of Dendy's firearm. Officers opened a gray pillowcase and recovered a Glock, model 22, .40 caliber handgun bearing serial number WPN883. Officers observed that a "Glock Switch " was attached to the firearm.

7. A machine gun for the purposes of the National Firearms Act (NFA) under Title 26 U.S.C. § 5845(b) is defined as any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.

8. A "Glock switch" or "switch" or auto sear, is a mechanism that can be attached to the backplate of the slide of a Glock pistol. Glock pistols are designed to fire semi automatic, which is defined as one projectile being fired from a firearm

2

with each single pull of the trigger. Inside a Glock pistol is a mechanical part identified as a sear which stops the pistol from firing more than one round with each trigger pull. When the "Glock switch" or auto sear is inserted into the backplate of the Glock pistol it allows for the mechanical sear inside the firearm to not engage, thus making the pistol fire fully automatic or as a machine gun as defined in the paragraph above. SA Hurt has spoken with Glock Inc., and have been advised they do not, and have never manufactured, these devices.

9. ATF SA Hurt is recognized by ATF as an expert in interstate nexus of firearms. The Glock, model 22, .40 caliber, S/N: WPN883 that was seized was not manufactured in the State of Michigan.

10. K.W. advised that she has observed Dendy carrying the handgun on several different occasions. K.W. does not however know where or who purchased the firearm.

11. The firearm was sent to the Michigan State Police (MSP) lab for a function test, the result was that it functioned in fully automatic capacity.

12. Detective Yurk (DTPD) drafted and executed a search warrant to obtain Dendy's DNA. DNA samples were also taken from the firearm. Both samples were sent to the MSP lab for comparison. Results of the DNA comparison is that it is approximately 99 times more likely that it originated from Dendy. From this result

3

I have limited support that Dendy's DNA is on the firearm.

13.     Industry Operations Investigator Davis queried Dendy in the Firearms Licensing System. Deny is not licensed to possess a machine gun in the National Firearms and Transfer Record or the Firearms Licensing System.

14.     Based on the foregoing, I have probable cause to believe that on January 9, 2024, in the Eastern District of Michigan, Dominque Aaron Dendy, knowingly possessed an unregistered machinegun, in violation of 18 U.S.C. § 922(o).

Dated August 29, 2024.

_____
Christopher Zylik, Affiant
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on August 29, 2024.

_____
HON. Curtis Ivy Jr.
United State Magistrate Judge

4